UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROMANDO DESHONE SMITH #255567, | Case No. 1:08-cv-26 |
| Petitioner, | Chief Judge Paul L. Maloney |
| v. | Magistrate Judge Ellen S. Carmody |
| CARMEN PALMER, | |
| Respondent. | |

## ORDER
**Directing the Respondent to Respond to the Petitioner's Objections**

On August 4, 2009, the U.S. Magistrate Judge issued a Report and Recommendation ("R&R") [doc. # 27] recommending denial of Smith's 28 U.S.C. § 2254 habeas corpus petition.

With an extension of time, petitioner Smith filed timely objections [doc. # 32] on Wednesday, November 25, 2009.

**No later than Friday, January 8, 2010, the respondent SHALL FILE an opposition brief** responding in detail, with citation to precedent, to each objection.

This is not a final and immediately appealable order.

**IT IS SO ORDERED** on this   30th   day of November 2009.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　Hon. Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge