UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROMANDO DESHONE SMITH, | Case No. 1:08-cv-26 |
| Petitioner, | HONORABLE PAUL L. MALONEY |
| v. | Magistrate Judge Ellen S. Carmody |
| CARMEN PALMER, | |
| Respondent. | |

## **JUDGMENT**

For the reasons stated in this court's contemporaneously issued opinion:

Judgment is entered in favor of respondent Palmer and against petitioner Smith.

This is a final judgment.

**IT IS SO ORDERED** this   13th   day of January 2010.

                                                /s/ Paul L. Maloney
                                                Honorable Paul L. Maloney
                                                Chief United States District Judge